```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: December 01, 2009



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22998/655298714

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Darko Simeunovic and Jesenka Simeunovic<br>      Debtors.<br>_____<br>ABN Amro Mortgage Group, Inc.<br>      Movant,<br>  vs.<br><br>Darko Simeunovic and Jesenka Simeunovic,<br>Debtors, Anthony H. Mason, Trustee.<br><br>      Respondents. | No. 2:09-bk-20637-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 12, 2007 and recorded in the office of the Maricopa County Recorder wherein ABN Amro Mortgage Group, Inc. is the current beneficiary and Darko Simeunovic and Jesenka Simeunovic have an interest in, further described as:

> UNIT 2049, VERONA CONDOMINIUM, ACCORDING TO DECLARATION OF CONDOMINIUM RECORDED IN DOCUMENT NO. 2004-1515277 OF OFFICIAL RECORDS, AND PLAT RECORDED IN BOOK 717 OF MAPS, PAGE 28,
> AND THEREAFTER AFFIDAVIT OF CHANGE RECORDED IN DOCUMENT NO. 2004-1491313 OF OFFICIAL RECORDS OF MARICOPA COUNlY, ARIZONA;
>
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID DECLARATION AND PLAT ANY ANNEXATIONS THERETO.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT